UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
WINDERMERE SCHOOL PARTNERS, LLLP
WINDERMERE PREPARATORY       Case No. 6:04-bk-03610-KSJ
SCHOOL, INC.                 Case No. 6:04-bk-03611-KSJ
                             Jointly Administered
     Debtor,                 CHAPTER 11
_____/

MICHAEL MOECKER, LIQUIDATING       Adv. Proc. No. 6:05-ap-00264-KSJ
TRUSTEE FOR THE WPS LIQUIDATING
TRUST,

     Plaintiff,
v.

JANI-KING INTERNATIONAL, INC. a/k/a
JANI-KING OF ORLANDO, INC. a
foreign corporation,

     Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**MICHAEL MOECKER, LIQUIDATING TRUSTEE FOR THE WPS LIQUIDATING TRUST,** Plaintiff in the above-entitled action, hereby voluntarily dismisses the above-entitled action with prejudice, and each party to bear its own costs and attorney's fees.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice was served via electronic filing this 1st day of March, 2006.

/s/ David M. Landis
DAVID M. LANDIS
Florida Bar Number 193094
MATEER & HARBERT, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802
Telephone: 407/425-9044
Facsimile: 407/423-2016
Attorneys for Plaintiff